■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BURKE, Appellant. [931 NYS2d 878]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Mazzarelli, J.P., Saxe, Acosta, DeGrasse and Manzanet-Daniels, JJ.